✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

Northern            DISTRICT OF            New York

| Janice E. Burke | **JUDGMENT IN A CIVIL CASE** |
|---|---|
| V. | |
| Deputy K. Kruger; Deputy Bollinger; Deputy Wafer | Case Number:   5:07-cv-624 |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court having presided over a bench trial in the above entitled matter, having reviewed the trial transcript, the parties post-trial submissions and the applicable law the Court finds

that the defendant's motion for a directed verdict is Denied and damages are awarded as follows:

| | |
|---|---|
| Compensatory Damages for lost wages: | $1,207.50  owed jointly and severally by all remaining defendants |
| Compensatory Damages for emotional distress; pain and suffering: | $2,500.00 as to Defendant Kruger<br>$2,500.00 as to Defendant Bollinger<br>$5,000.00 as to Defendant Wafer |
| Punitive Damages: | $10,000.00 as to Defendant Wafer |

All of the above pursuant to a Memorandum-Decision and Order issued by the Hon. Frederick J. Scullin, Jr. on March 30, 2011.

| March 30, 2011 | Lawrence K. Baerman |
|---|---|
| Date | Clerk |
| | |
| | (By) Deputy Clerk |
| | s/Barbara J. Woodford |